## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America           Stepback
District of Columbia                                         Case No.: F-8273-02

vs.                                                          PDID No.: 198-020

Raymond N. Rice              Probation Revoked

### JUDGMENT AND COMMITMENT/PROBATION ORDER

Above-named defendant having entered a plea of  ☐ Not Guilty   ☒ Guilty to the Charge(s) of _____

Count "B" Bail Reform Act

having been found guilty by ☐ Jury  ☒ Court, it is hereby **ORDERED** that the defendant has been convicted of and guilty of the offense(s) charged, and is hereby **SENTENCED** to

Three (3) years imprisonment
Three (3) years Supervised Release

☐ **MANDATORY MINIMUM** term of _____ applies to the sentence imposed

☐ **MANDATORY MINIMUM** term does not apply.

☒ **ORDERED** that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above. Credit for time Served.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ **ORDERED** that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further
**ORDERED** that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for  ☐ alcohol problems  ☐ drug dependency or abuse as follows:

06 1516

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____
(see reverse side for payment instructions.)

☐ The Court will distribute monies to _____

**FILED**
AUG 3 1 2006

in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime
Compensation Act of 1981, and  ☐ have  ☐ have not been paid.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDERED** that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy serve as the commitment/order for the defendant.

April 22, 2004
Date

Wendell P. Gardner
Judge W.P. Gardner Jr.

Certification by Clerk pursuant to Criminal Rule 32(d).

April 22, 2004
Date

_____
Deputy Clerk

CD(B)-1040/Oct. 01

```
RIVBA   540*23 *         SENTENCE MONITORING           *    12-28-2004
PAGE 001         *         COMPUTATION DATA            *    12:24:52
                           AS OF 12-28-2004

REGNO..: 05146-016 NAME: RICE, WAYMOND JR


FBI NO..........: 742790F            DATE OF BIRTH: 07-21-1947
ARS1............: RIV/A-DES
UNIT............: A                  QUARTERS.....: A01-113L
DETAINERS.......: NO                 NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 05-31-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-02-2006 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------


COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F8273-02
JUDGE..........................: GARDNER
DATE SENTENCED/PROBATION IMPOSED: 03-03-2003
DATE PROBATION REVOKED.........: 04-22-2004
TYPE OF PROBATION REVOKED......: REG
DATE COMMITTED.................: 06-18-2004
HOW COMMITTED..................: DC SUPERIOR COURT COMT
PROBATION IMPOSED..............: NO


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ------------------------

OFFENSE CODE....: 695
OFF/CHG: 23-1327(A) BAIL REFORM ACT

SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    3 YEARS
TERM OF SUPERVISION............:    3 YEARS
DATE OF OFFENSE................: 10-11-2002




G0002       MORE PAGES TO FOLLOW . . .
```

```
   RIVBA   540*23 *           SENTENCE MONITORING          *   12-28-2004
   PAGE 002 OF 002 *           COMPUTATION DATA            *   12:24:52
                                AS OF 12-28-2004

   REGNO..: 05146-016 NAME: RICE, WAYMOND JR


   -------------------------CURRENT COMPUTATION NO: 030 -------------------------


   COMPUTATION 030 WAS LAST UPDATED ON 06-18-2004 AT CRO AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 030: 030 010

   DATE COMPUTATION BEGAN..........: 04-22-2004
   TOTAL TERM IN EFFECT............:      3 YEARS
   TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS
   EARLIEST DATE OF OFFENSE........: 10-11-2002

   JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                       12-26-2002    03-25-2003

   TOTAL PRIOR CREDIT TIME.........: 90
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 141
   TOTAL GCT EARNED................: 0
   STATUTORY RELEASE DATE PROJECTED: 09-02-2006
   SIX MONTH /10% DATE.............: N/A
   EXPIRATION FULL TERM DATE.......: 01-21-2007

   TYPE OF HEARING.................: NOT ELIGIBLE

   PROJECTED SATISFACTION DATE.....: 09-02-2006
   PROJECTED SATISFACTION METHOD...: GCT REL

   REMARKS.......: COMPUTATION CERTIFIED BY DCRC ON 08-06-04
```