UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Waymond Rice, Jr. )
Fed. Reg. # 05146-016 )
Rivers Correctional Institution )
Post Office Box 630  /Unit A-5 )
Winton, NC 27986-0630 )
                Plaintiff, )  Civil Action No._____
                 )
      v. )  COMPLAINT
                 )
Court Service and Offender )
Supervision Agency for the )
District of Columbia )
300 Indiana Avenue N.W. Room 2070 )
Washington, DC 20001 )
                Defendants. )

PLAINTIFF'S COMPLAINT REQUESTING INJUNCTIVE
RELIEF AND PROTECTION

    NOW COMES the plaintiff, Waymond Rice Jr. pro se, and hereby respectfully request this Honorable Court to prevent the Court Service and Offender Supervision Agency (CSOSA) from its general denial of plaintiff's constitutional rights to due process and equal protection under the law. Plaintiff is currently incarcerated at the Rivers Correctional Institution in Winton North Carolina a privately runned facility contracted by the Bureau of Prisons pursuant to D.C. 24-101(c) (2001). Plaintiff asserts that he has been housed at Rivers since June 30, 2004, to a term of three (3) years incarceration and three (3) supervision for violation of D.C. Code § 23-1327(a) (2001) of the Bail Reform Act. Plaintiff asserts that he became eligible for release less good time credit on September 2, 2006. See Sentence Computation Data. CSOSA has superseded the judgment of the court when it ordered plaintiff to report to a 28 day inhouse sanction center

-1-

thereby extending his <u>Statutory Release Date Projected 09-02-2006</u>. <u>See</u> Sentence Computation Data. Plaintiff asserts that he had a <u>Pre-Release Preparation Date</u> of <u>May 31, 2006</u> whereby CSOSA had enough time from the periods of <u>May 31, 2006</u> to <u>September 2, 2006</u> to place him in a inhouse sanction center without extemding his period of Statutory Release. Without plaintiffs statutory release date of September 2, 2006, he would have been released less good time earned to his expiration full term date of January 21, 2006. Plaintiff asserts that the defendants are in violation of 28 C.F.R. § 204(c)(2)(i) which provides "that before the Commission orders a change of conditions, the releasee <u>shall</u> be notified of the proposed modification or addition." At no time was plaintiff given notice or made aware that a change had been made to his sentence. Section 2.204(c)(2)(ii) does not apply to this case as plaintiff was placed on probation by the court. When plaintiff violated his court ordered probation the court reinstated the sentence of three (3) years imprisonment and three (3) years supervised release. Plaintiff was never under the supervision of the Bureau of Prisons or the U.S. Parole Commission. Defendents are in violation of the (APA) Administrative Procedure Act 5 U.S.C.§ 706(2)(A) and (D) because the defendants are failing to adhere to the procedures as set forth in 28 C.F.R. § 2.204(c)(2)(i). Further, defendants are violating plaintiff's Fifth Amendment right to due process, because there is a liberty issue at stake. The court has jurisdiction of judicial review of any government agency's decision making process if they are in violation of the (APA) as

authorized by 5 U.S.C.§701-706. See Lebrun v. England, 212 F.Supp.2d 5, 12 (D.C. Cir. 2002). The Commission can not show any reason or expectations that plaintiff would revert to prohibited acts while on supervision. Plaintiff has paid his dept to the community. In Gerber v. Norton, 294 F.3d 173, 178 (D.C. Cir. 2002) the court reasoned that its' "[t]ask is to determine whether the agency's decision was made 'without observance of procedure required by law'...or whether it was 'arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.'"

## RELIEF SOUGHT

Plaintiff Respectfully ask this Honorable Court to grant his request for INJUNCTIVE RELIEF and to RESTRAIN Court Service and Offender Supervision Agency (CSOSA) from violating its' own rule and procedures at 28 C.F.R. § 2.204(c)(2)(i) and the Administrative Procedures Act at 5 U.S.C. section 706(2)(A) and (D).

Respectfully submitted,

Waymond Rice, Jr.
Fed. Reg. # 05146-016
Rivers Correctional Institution
Post Office Box 630
Winton, NC 27986-0630

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY, that a true and correct copy of this Complaint was mailed to: United States District Court For the District of Columbia, 333 Constitution Avenue NW, Washington, D.C. 20001, by placing the same in the Federal Prison's Legal Mailbox with sufficient first class postage.

Done this 25 day of July 2006.

> I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 25 day of July 2006 I signed and mailed this document via the Federal Bureau of Prison's Legal Mail System.
>
> Respectfully submitted,
>
> Waymond Rice, Jr.
> Fed. Reg. # 05146-016
> Rivers Correctional Institution
> Post Office Box 630
> Winton, NC 27986-0630

cc: Court Service and Offender
    Supervision Agency for the
    District of Columbia
    300 Indiana Avenue NW, Room 2070
    Washington, DC 20001

```
RIVBA    540*23   *           SENTENCE MONITORING          *    12-28-2004
PAGE 001          *           COMPUTATION DATA             *    12:24:52
                              AS OF 12-28-2004

REGNO..: 05146-016  NAME: RICE, WAYMOND JR


FBI NO............: 742790F           DATE OF BIRTH: 07-21-1947
ARS1..............: RIV/A-DES
UNIT..............: A                  QUARTERS.....: A01-113L
DETAINERS.........: NO                 NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 05-31-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-02-2006 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------


COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F8273-02
JUDGE............................: GARDNER
DATE SENTENCED/PROBATION IMPOSED: 03-03-2003
DATE PROBATION REVOKED...........: 04-22-2004
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 06-18-2004
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO


RESTITUTION...: PROPERTY: NO   SERVICES:  NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ------------------------

OFFENSE CODE....:  695
OFF/CHG: 23-1327(A) BAIL REFORM ACT

SENTENCE PROCEDURE...............: DC SRAA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE..:      3 YEARS
TERM OF SUPERVISION..............:      3 YEARS
DATE OF OFFENSE..................: 10-11-2002
```

G0002        MORE PAGES TO FOLLOW . . .

```
RIVBA   540*23  *           SENTENCE MONITORING        *    12-28-2004
PAGE 002 OF 002 *           COMPUTATION DATA           *    12:24:52
                            AS OF 12-28-2004

REGNO..: 05146-016 NAME: RICE, WAYMOND JR


-------------------------CURRENT COMPUTATION NO: 030 -------------------------


COMPUTATION 030 WAS LAST UPDATED ON 06-18-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 04-22-2004
TOTAL TERM IN EFFECT............:    3 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS
EARLIEST DATE OF OFFENSE........: (10-11-2002)

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     12-26-2002     03-25-2003

TOTAL PRIOR CREDIT TIME.........: 90
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 141
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 09-02-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-21-2007

TYPE OF HEARING.................: NOT ELIGIBLE

PROJECTED SATISFACTION DATE.....: 09-02-2006
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: COMPUTATION CERTIFIED BY DCRC ON 08-06-04
```

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America  
District of Columbia

Steobnck

Case No.: F-8275...  
PDID No.: 118-036

vs.

Waymond N. Rice

Probation Revoked

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of Count "B" Bail Reform Act

having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Three (3) years imprisonment Three (3) years Supervised Release

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed

☐ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above. Credit for time Served.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

April 22, 2004  
Date

Judge W. F. Gar...

Certification by Clerk pursuant to Criminal Rule 32(d).

April 22, 2004  
Date

Deputy Clerk

Form CDC(18)-1040/Oct. 01

**NOTICE OF ACTION**

| U.S. Department of Justice | Notice of Action |
|---|---|
| United States Parole Commission | |
| 5550 Friendship Boulevard | |
| Chevy Chase, Maryland 20815-7201 | |

Name: RICE, Waymond  
Register Number: 05146-016  
DCDC No: 166-493  

Institution: Rivers CI

Date: July 26, 2006

In the case of the above-named, the Commission orders pursuant to 28 C.F.R. §2.204:

Reopen and add the 120-day Reentry and Sanction Center placement condition.

**With the special condition(s) as indicated below:**

You shall reside in and participate in a program of the Reentry and Sanction Center as instructed until discharged by the center director, but no later than 120 days from admission.

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

**REASONS:**

The Commission has determined, based upon a request from the Supervising Officer, that the Reentry and Sanction Center placement be added as a special condition because of the offender's criminal and substance abuse history.

THE ABOVE DECISION IS NOT APPEALABLE.

cc:  CSS Data Management Group  
     D.C. Court Services & Offender Supervision Agency  
     300 Indiana Avenue, N.W., Suite 2070  
     Washington, D.C. 20001

faxed to DSC ⑤  
Clerk: SRM  JUL 27 2006  
C. Harrell

Rice 05146-016                                    -1-  
Queued: 07-26-2006 17:07:22 BOP Rivers CI |