RECEIVED
SEP 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Waymond Rice, Jr.
Fed. Reg: 05746-016
CSOSA, Re Entry and Sanctions Center (1900 Mass. Ave. SE)
633 Indiana Avenue, NW.
Washington, D.C. 20004

9/10/06

06-1546 RMU

United States District Court
for the District of Columbia

Dear Clerk of the Court for the Federal Cir.

Please accept this letter as a change of address notice, I have been Transferd to the above named institution, where I remain detained.

I also request to know the status of my request for Injunctive Relief and protection, See copies of cover pages

Thank you In Avance
Waymond Rice, Jr.