RECEIVED

OCT 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

10/3/06

to, The United States
District of Columbia for, D.C.

Re. Change of Address,        Civil No. - 06 - 1546
                                    (RMU)

Dear, Clerk of the Court.
Please accept this letter as a change of
address: Waymond Rice, Jr., Fed. # 05146-016
        1900. Mass. Avenue. SE. Building # 17
        Washington, D.C. 20003.

to: 1053 Buchanan. ST. NE., Seton House
    Washington, DC. 20017

                        Waymond Rice, Jr.