**Exhibit B**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America  
District of Columbia

*Stepback*

Case No.: F8273-02  
PDID No.: 98-028

vs.

Waymond N. Rice

Probation Revoked

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of

Count "B" Bail Reform Act

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to

Three (3) years imprisonment  
Three (3) years Supervised Release

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed

☐ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above. Credit for time Served.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903(b) of the D.C. Code [Youth Rehabilitation Act 1985]

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

  ☐ Observe the general conditions of probation listed on the back of this order.

  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____

  ☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

  ☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

April 22, 2004  
Date  
A TRUE COPY  
TEST: 4-27-04  

Wendell P. Gardner  
Judge  W. P. Gardner Jr.

Certification by Clerk pursuant to Criminal Rule 32(d).

April 22, 2006  
Date  
Clerk, Superior Court of the District of Columbia  
By _____  
Deputy Clerk

Deputy Clerk

Form CD(18)-1040(Rev. 01)