**Exhibit C**

```
DSC73              *       PUBLIC INFORMATION        *    10-06-2006
PAGE 004 OF 004    *          INMATE DATA            *    10:07:22
                            AS OF 09-01-2006

REGNO..: 05146-016 NAME: RICE, WAYMOND JR

               RESP OF: RIV / GOOD CONDUCT TIME RELEASE
               PHONE..: 252-358-5200    FAX: 252-358-5202
-----------------------PRIOR COMPUTATION NO: 030 ----------------------

COMPUTATION 030 WAS LAST UPDATED ON 09-21-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-21-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:    030 010

DATE COMPUTATION BEGAN..........: 04-22-2004
TOTAL TERM IN EFFECT............:     3 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 10-11-2002

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     12-26-2002     03-25-2003

TOTAL PRIOR CREDIT TIME.........: 90
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 141
TOTAL GCT EARNED................: 141
STATUTORY RELEASE DATE PROJECTED: 09-02-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-21-2007

TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 09-01-2006
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: JWW

DAYS REMAINING..................: 141
FINAL PUBLIC LAW DAYS...........: 1




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```