**Exhibit D**

Case 1:06-cv-01546-RMU     Document 9-5     Filed 10/19/2006     Page 1 of 2



**Court Services and Offender Supervision Agency
for the District of Columbia**
*Community Supervision Service
Investigations, Diagnostics, and Evaluations Branch
Transitional Intervention for Parole Supervision (TIPS)
Branch – 1 Team #27*

July 11, 2006

Sylvia Hall
United States Parole Commission
5550 Friendship Blvd., Suite 420
Chevy Chase, MD 20815

Re: Rice, Waymond
DCDC#: 166-493
PDID#: 198-028
Register No.: 05146-016
Release Method/Date: Supervised Release/ 3 years

Dear Ms. Hall,

This officer would like to request the addition of the following Special Conditions to the offender's Notice of Action: The offender is to participate as directed by his/her CSO at the Reentry and Sanction Center (RSC). This request is based all or in part on the offender's criminal and substance abuse history. The addition of this condition may aid the offender's reintegration into society, and possibly safeguard the community at large.

If you have questions or need any assistance, please contact CSO Charltia Lewis at (202) 442-1495.

Approved _____
Keniti Pinkett, SCSO

Respectfully submitted,
_____
Charltia Lewis
Community Supervision Officer

CC: C.P. Bell, Case Manager

*800 North Capitol St., NW, Room 2207, Washington, DC 20002
Voice: 202) 442-1495   Fax: (202) 442-1598*