**Exhibit E**



# Court Services and Offender Supervision Agency
## for the District of Columbia
*Community Supervision Services*
*Investigations, Diagnostics, and Evaluations Branch*

## RE-ENTRY AND SANCTIONS CENTER

Persons assessed to have a substance abuse intervention will be assigned to the Re-Entry and Sanction Center, (RSC). The RSC is located at 1900 Massachusetts Avenue S.E., Washington, DC in the Karrick Hall Building on the grounds of D.C. General Hospital. Offenders approved for the RSC will be assigned to a Community Supervision Officer.

- The RSC is a 28-day Assessment Program. You will be assigned to another treatment program upon completion.

- The United States Parole Commission will order that you enter and complete the RSC.

- Acceptance into the program is mandatory. Failure to report as directed or remain for the entire 28-day duration will result in the issuance of a retake warrants.

- BOP will notify the RSC of your date and time of arrival to Washington, DC. You must report directly to the RSC facility following your release from the BOP Facility.

- The RSC is a non-smoking environment.

*800 North Capitol Street, NW, Room 2700, Washington, DC 20002*
*Voice: (202) 442-1491  Fax: (202) 442-1585*