**Exhibit F**

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |

| | |
|---|---|
| Name: RICE, Waymond<br>Register Number: 05146-016<br>DCDC No: 166-493 | Institution: Rivers CI<br><br>Date:    July 26, 2006 |

In the case of the above-named, the Commission orders pursuant to 28 C.F.R. §2.204:

Reopen and add the 120-day Reentry and Sanction Center placement condition.

**With the special condition(s) as indicated below:**

You shall reside in and participate in a program of the Reentry and Sanction Center as instructed until discharged by the center director, but no later than 120 days from admission.

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

<u>REASONS</u>:

The Commission has determined, based upon a request from the Supervising Officer, that the Reentry and Sanction Center placement be added as a special condition because of the offender's criminal and substance abuse history.

THE ABOVE DECISION IS NOT APPEALABLE.

cc:    CSS Data Management Group
       D.C. Court Services & Offender Supervision Agency
       300 Indiana Avenue, N.W., Suite 2070
       Washington, D.C. 20001

Rice 05146-016                                    -1-                       Clerk:  SRM  JUL 27 2006
Queued: 07-26-2006 17:07:22 BOP-Rivers CI                                   faxed to DSC ⑤
                                                                            C. Hamell